NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In re:  CALVIN B. JAMES,**
*Petitioner*

2021-108

On Petition for Writ of Mandamus to the United States District Court for the Southern District of Georgia in No. 4:18-cr-00205-WTM-CLR-1, Judge William T. Moore, Jr.

**ON PETITION**

PER CURIAM.

## O R D E R

Calvin B. James petitions for a writ of mandamus granting his "release from custody."  Pet. at 4.  We consider whether to transfer his petition to the United States Court of Appeals for the Eleventh Circuit.

Mr. James recently filed a petition for writ of habeas corpus in the United States District Court for the Middle District of Florida, which was transferred to the United States District Court for the Southern District of Georgia, where it appears to remain pending.  *See James v. Warden, FFC Coleman—USP I,* No. 20-cv-00218 (S.D. Ga.).

The All Writs Act provides that the federal courts "may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a). As that statute makes clear, however, the Act is not itself a grant of jurisdiction. *See Clinton v. Goldsmith*, 526 U.S. 529, 534–35 (1999). It confines issuing such relief only in cases that would fall within this court's limited jurisdiction, which does not include jurisdiction over the habeas corpus matter or any related criminal case. *See* 28 U.S.C. § 1295. Because the appropriate regional circuit, here the Eleventh Circuit, would have jurisdiction over any appeal from Mr. James's habeas action, we will transfer the case to that court.

Accordingly,

IT IS ORDERED THAT:

The petition is transferred pursuant to 28 U.S.C. § 1631 to the Eleventh Circuit.

FOR THE COURT

January 21, 2021          /s/ Peter R. Marksteiner
        Date                     Peter R. Marksteiner
                                 Clerk of Court

s28